IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS EMERY,<br><br>            Plaintiff,<br><br>   v.<br><br>GCI LIBERTY, INC., JOHN C. MALONE, GREG B. MAFFEI, RONALD A. DUNCAN, GREGG L. ENGLES, DONNE F. FISHER, RICHARD R. GREEN, and SUE ANN HAMILTON,<br><br>            Defendants. | Civil Action No. 1:20-cv-09623-JMF |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Nicholas Emery hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 2, 2020

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

December 3, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*